IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MICHAEL WAWZYNSKI,

      Appellant,

v.

      Case Nos. 5D23-642
             5D23-648
      LT Case No. 2012-DR-0007618

LAURA ZUCKERBERG F/K/A
LAURA WAWZYNSKI,

      Appellee.

_____/

Decision filed April 18, 2023

Appeal from Circuit Court
for Duval County,
Russell Healey, Judge.

William S. Graessle, of William S.
Graessle, P.A., Jacksonville,
for Appellant.

Michael R. Yokan, Jacksonville,
for Appellee.

PER CURIAM.

     AFFIRMED.

MAKAR, JAY and BOATWRIGHT, JJ., concur.